UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA

ORLANDO DIVISION

This document is deemed filed on 9/16/19 pursuant to Local Rule 5001-2 governing after-hours filing. 10:00 am KM

In re: PAUL EDWARD BROSS )
) Case No: 06-19-bk-05871-CCJ
Debtor ) Chapter 13
_____ )

## MOTION TO EXTEND THE AUTOMATIC STAY

Debtor, Paul Edward Bros, pro se, respectfully requests that this Court extend the automatic stay pursuant to 11 U.S.C. § 362(c)(3), and in support states as follows:

1. Debtor filed this Chapter 13 bankruptcy petition on 9/9/2019.

2. On 9/18/2018. Debtor filed Bankruptcy Case No 06-18-bk-12344-CCJ ('Prior Case'), in the United States Bankruptcy Court, Middle District of Florida, Orlando Division, under Chapter 13. The Prior case was subsequently dismissed on 10/11/2018 for failure to file documents due to being unable to afford his attorney after work losses and impending foreclosures.

3. Debtor had no other pending bankruptcy cases dismissed in the preceding one-year period.

4. Debtor did not have any prior cases dismissed in the past year for any of the following reason:

    a.    failure to file or amend other required documents without substantial excuse;

    b.    failure to provide adequate protection as ordered by the Court, or

    c.    failure to perform the terms of a plan confirmed by the Court.

5. There has been a substantial change in the Debtor's circumstances since the dismissal pf the Prior Case: Paul Bross had recently lost his law license on or about June 2, 2018 and was unemployed at the time he filed his first bankruptcy. He is now 17 months post that loss, is now employed and has a stable monthly income. At the time of the original filing, he was still scrambling from the loss of the license, had two properties in foreclosure and had $125,000 in IRS debt. Since that time, he has been able to sell one of the properties, pay the IRS debt and now only has his home in foreclosure which he intends to keep.

6. Debtor, Paul Edward Bross, has filed the instant bankruptcy to save his home, and an extension of the stay will therefore be necessary for an effective reorganization.

WHEREFORE, the Debtor respectfully requests this Court grant this Motion to Extend the Automatic Stay to all creditors, after notice and opportunity to be head, and for all other proper relief.

Dated, September 16, 2019

Paul Edward Bross
997 South Wickham Rd
West Melbourne, FL 32904
(321) 848-7392
brosspaul@gmail.com

## PROOF OF SERVICE

A true an correct copy of the foregoing has been sent by either electronic transmission or US Mail on 9/16/2019 to Laurie Weatherford, Chapter 13 Trustee, and all creditors and interested parties as listed on attached matrix.

Paul Edward Bross
997 South Wickham Rd
West Melbourne, FL 32904
(321) 848-7392
brosspaul@gmail.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:19-bk-05871-CCJ<br>Middle District of Florida<br>Orlando<br>Mon Sep 16 13:35:50 EDT 2019 | United States Trustee - ORL7/13 7<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 | Advanced Collection Bu<br>PO Box 560063<br>Rockledge, FL 32956-0063 |
| Ally Financial<br>200 Renaissance Ctr<br>Detroit, MI 48243-1300 | Brevard County Tax Collector<br>Attn: Honorable Lisa Cullen, CFC<br>Post Office Box 2500<br>Titusville FL 32781-2500 | Capital One Auto Finance<br>3901 Dallas Pkwy<br>Plano, TX 75093-7864 |
| Capital One Auto Finance,<br>c/o AIS Portfolio<br>4515 N Santa Fe Ave.<br>Dept. APS<br>Oklahoma City, OK 73118-7901 | Child Support Enforcement<br>5050 W Tennessee St<br>Tallahassee, FL 32399-6585 | Chrysler Capital<br>PO Box 961275<br>Fort Worth, TX 76161-0275 |
| Comenity Bank/beallsfl<br>PO Box 182789<br>Columbus, OH 43218-2789 | Constance Mitchell<br>c/o Brian W. Davey<br>1300 Riverplace Blvd, Ste 401<br>Jacksonville, FL 32207-1815 | Directv, LLC<br>by American InfoSource as agent<br>PO Box 5008<br>Carol Stream, IL 60197-5008 |
| (c)DITECH FINANCIAL LLC<br>332 MINNESOTA ST STE E610<br>SAINT PAUL MN 55101-1311 | Dsnb Macys<br>PO Box 8218<br>Mason, OH 45040-8218 | Florida Department of Revenue<br>Bankruptcy Unit<br>PO Box 6668<br>Tallahassee FL 32314-6668 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia PA 19101-7346 | Janet Feria<br>Arcadier, Biggie, and Wood, PLLC<br>2815 W. New Haven Ave. #304<br>Melbourne, FL 32904-3655 | Maria Sprock<br>c/o Alan Richard Lee, Jr<br>225 E Robinson Street, Ste 600<br>Orlando, FL 32801-4325 |
| Midland Funding<br>2365 Northside Dr Ste 30<br>San Diego, CA 92108-2709 | Option One Mortgage<br>11104 Menaul Blvd Ne<br>Albuquerque, NM 87112-2454 | Paul Bross<br>997 South Wickham Road<br>West Melbourne, FL 32904-1459 |
| Space Coast Credit Uni on<br>8045 N Wickham Rd<br>Melbourne, FL 32940-7920 | Suntrust Bank<br>PO Box4986<br>Orlando, FL 32802-4986 | Syncb/lowes<br>PO Box 956005<br>Orlando, FL 32896-0001 |
| T Mobile/T-Mobile USA Inc<br>by American InfoSource as agent<br>PO Box 248848<br>Oklahoma City, OK 73124-8848 | TD Auto Finance<br>PO Box 9223<br>Farmington Hills, MI 48333-9223 | Tek-collect Inc<br>PO Box 1269<br>Columbus, OH 43216-1269 |
| US Dept Of Ed/glelsi<br>2401 International Lane<br>Madison, WI 53704-3121 | Laurie K Weatherford<br>Post Office Box 3450<br>Winter Park, FL 32790-3450 | Paul Edward Bross<br>997 South Wickham Road<br>West Melbourne, FL 32904-1459 |