**[6ogmrc]** [ORDER GRANTING MOTION TO RECONSIDER/REINSTATE]

ORDERED.

**Dated: October 9, 2019**

Cynthia C. Jackson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                                                              Case No. 6:19–bk–05871–CCJ
                                                                                    Chapter 13
Paul Edward Bross

_____Debtor*_____/

### ORDER GRANTING DEBTOR'S MOTION TO REINSTATE CASE

This case came on for the debtor's Motion to Reinstate Case (the "Motion")(Doc. No. 23 ). After reviewing the pleadings and considering the position of all parties in interest, it is

ORDERED:

1. The Motion (Doc. No. 23 ) is granted.

2. The case is reinstated.

3. The Order Dismissing Case (Doc. No. 19 ) is vacated.

The debtor is directed to attend a rescheduled meeting of creditors on November 7, 2019 at 10:00 A.M. at the George C. Young Federal Courthouse, 400 W. Washington Street, Suite 1202A, Orlando, Florida 32801.

Said creditors are given through and including November 18, 2019, to file a proof of claim.

The Initial Confirmation Hearing will be held: 11/19/2019 at 09:30 AM at Orlando, FL – Courtroom 6D, 6th Floor, George C. Young Courthouse, 400 W. Washington Street.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.