United States Bankruptcy Court
Middle District of Florida

In re:                                                              Case No. 19-05871-CCJ
Paul Edward Bross                                                   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 113A-6        User: badrienne        Page 1 of 2           Date Rcvd: Oct 09, 2019
                            Form ID: Doexstsh      Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 11, 2019.
db          +Paul Edward Bross,    997 South Wickham Road,    West Melbourne, FL 32904-1459
cr          +TD Auto Finance, LLC,    c/o Bertis Echols,    1715 Aaron Brenner Drive,    Suite 800,
              Memphis, TN 38120-1445
28486089     Advanced Collection Bu,    PO Box 560063,    Rockledge, FL 32956-0063
28486094     Child Support Enforcement,    5050 W Tennessee St,    Tallahassee, FL 32399-6585
28486095     Chrysler Capital,    PO Box 961275,    Fort Worth, TX 76161-0275
28486104    +Constance Mitchell,    c/o Brian W. Davey,    1300 Riverplace Blvd, Ste 401,
              Jacksonville, FL 32207-1815
28486098    ++++DITECH FINANCIAL LLC,    332 MINNESOTA ST STE E610,    SAINT PAUL MN  55101-1311
             (address filed with court: Ditech Financial LLC,     332 Minnesota St, Ste 610,
              Saint Paul, MN 55101-1311)
28486097     Directv, LLC,   by American lnfoSource as agent,     PO Box 5008,    Carol Stream, IL 60197-5008
28486099     Dsnb Macys,    PO Box 8218,    Mason, OH 45040-8218
28486100     Janet Feria,    Arcadier, Biggie, and Wood, PLLC,    2815 W. New Haven Ave. #304,
              Melbourne, FL 32904-3655
28486107     Maria Sprock,    c/o Alan Richard Lee, Jr,    225 E Robinson Street, Ste 600,
              Orlando, FL 32801-4325
28486105     Option One Mortgage,    11104 Menaul Blvd Ne,    Albuquerque, NM 87112-2454
28486087    +Paul Bross,   997 South Wickham Road,    West Melbourne, FL 32904-1459
28521037    +SunTrust Bank,    Attn: Support Services,    P.O. Box 85092,    Richmond, VA 23286-0001
28486108     Suntrust Bank,    PO Box4986,    Orlando, FL 32802-4986
28486110     TD Auto Finance,    PO Box 9223,    Farmington Hills, MI 48333-9223
28504867     TD Auto Finance, LLC,    P.O. Box 16041,    Lewiston, ME 04243-9523
28486111     Tek-collect Inc,    PO Box 1269,    Columbus, OH 43216-1269
28486113     US Dept Of Ed/glelsi,    2401 International Lane,    Madison, WI 53704-3121

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
28486090     E-mail/Text: ally@ebn.phinsolutions.com Oct 10 2019 00:06:31      Ally Financial,
              200 Renaissance Ctr,    Detroit, Ml 48243-1300
28485354     E-mail/Text: bctcbk@brevardtc.com Oct 10 2019 00:06:12      Brevard County Tax Collector,
              Attn: Honorable Lisa Cullen, CFC,    Post Office Box 2500,    Titusville FL 32781-2500
28486092     E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Oct 10 2019 00:04:09
              Capital One Auto Finance,    3901 Dallas Pkwy,    Plano, TX 75093-7864
28486093     E-mail/PDF: acg.acg.ebn@americaninfosource.com Oct 10 2019 00:04:06
              Capital One Auto Finance,,    c/ o AIS Portfolio,    4515 N Santa Fe Ave.,    Dept. APS,
              Oklahoma City, OK 73118-7901
28486096     E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 10 2019 00:07:07      Comenity Bank/beallsfl,
              PO Box 182789,    Columbus, OH 43218-2789
28485355     E-mail/Text: OGCBankruptcy@floridarevenue.com Oct 10 2019 00:06:20
              Florida Department of Revenue,    Bankruptcy Unit,    Post Office Box 6668,
              Tallahassee FL 32314-6668
28485356     E-mail/Text: cio.bncmail@irs.gov Oct 10 2019 00:06:53      Internal Revenue Service,
              Post Office Box 7346,    Philadelphia PA 19101-7346
28486103     E-mail/Text: bankruptcydpt@mcmcg.com Oct 10 2019 00:07:17      Midland Funding,
              2365 Northside Dr Ste 200,    San Diego, CA 92108-2709
28486106     E-mail/Text: collbknotices@sccu.com Oct 10 2019 00:07:18      Space Coast Credit Uni on,
              8045 N Wickham Rd,    Melbourne, FL 32940-7920
28486109     E-mail/PDF: gecsedi@recoverycorp.com Oct 10 2019 00:04:07      Syncb/lowes,    PO Box 956005,
              Orlando, FL 32896-0001
28506868     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 10 2019 00:15:18      T Mobile/T-Mobile USA Inc,
              by American InfoSource as agent,    PO Box 248848,    Oklahoma City, OK 73124-8848
28486112     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 10 2019 00:15:18      T Mobile/T-Mobile USA Inc,
              by American lnfoSource as agent,    PO Box 248848,    Oklahoma City, OK 73124-8848
28486088     E-mail/Text: ustp.region21.or.ecf@usdoj.gov Oct 10 2019 00:07:01
              United States Trustee - ORL7/13 7,    Office of the United States Trustee,
              George C Young Federal Building,    400 West Washington Street, Suite 1100,
              Orlando, FL 32801-2210
                                                                                              TOTAL: 13

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Ditech Financial LLC
cr*             +Janet Feria,    Arcadier, Biggie, and Wood, PLLC,    2815 W. New Haven Ave. #304,
                  Melbourne, FL 32904-3655
28486091*        Brevard County Tax Collector,    Attn: Honorable Lisa Cullen, CFC,    PO Box 2500,
                  Titusville FL 32781-2500
28520564*       +Chrysler Capital,    PO Box 961275,    Fort Worth, TX 76161-0275
28486101*        Florida Department of Revenue,    Bankruptcy Unit,    PO Box 6668,    Tallahassee FL 32314-6668
28486102*        Internal Revenue Service,    PO Box 7346,    Philadelphia PA 19101-7346
                                                                                   TOTALS: 1, * 5, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 113A-6          User: badrienne            Page 2 of 2                  Date Rcvd: Oct 09, 2019
                              Form ID: Doexstsh          Total Noticed: 32
```

##### ***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 11, 2019                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 9, 2019 at the address(es) listed below:

```
              Bert  Echols, III    on behalf of Creditor    TD Auto Finance, LLC bechols@evanspetree.com,
               sbruce@evanspetree.com
              Laurie K Weatherford    ecfdailysummary@c13orl.com
              Seth J Greenhill    on behalf of Creditor    Ditech Financial LLC SGreenhill@padgettlaw.net,
               mhm@padgettlaw.net;NSbkecf@padgettlaw.net;PLG@ecf.courtdrive.com;BKecf@padgettlaw.net;CDarby@padg
               ettlaw.net
              Stephen J Biggie    on behalf of Creditor Janet  Feria biggie@melbournelegalteam.com,
               A.and.A.ECFMail@Gmail.com;arcadier@brevardlegalteam.com;jcw04c@gmail.com
              United States Trustee - ORL7/13, 7    USTP.Region21.OR.ECF@usdoj.gov
                                                                                             TOTAL: 5
```

[Doexstsh] [ORDER EXTENDING STAY AND SCHEDULING HEARING]

ORDERED.

Dated: October 9, 2019

Cynthia C. Jackson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                                                                          Case No. 6:19−bk−05871−CCJ
                                                                                                 Chapter 13
Paul Edward Bross

_____Debtor*_____/

**ORDER EXTENDING STAY AND SCHEDULING PRELIMINARY HEARING**

   THIS CASE came on for consideration without a hearing on the Motion to Extend Automatic Stay (Document No. 10) filed by Debtor. The Court is not able to schedule a hearing in compliance with 11 U.S.C. 362(c)(3)(B) within thirty days and finds that in as much as it is necessary, the automatic stay will be extended until such time as a hearing can be scheduled. Accordingly, it is

   **ORDERED** as follows:

   1. The automatic stay is continued in full force and effect pending further order of this Court.

   2. The preliminary hearing is set for 10/22/19 at 10:30 AM in Courtroom 6D, 6th Floor, George C. Young Courthouse, 400 West Washington Street, Orlando, FL 32801 . .

Avoid delays. You are reminded that Local Rule 5073−1 restricts the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge, a valid Florida Bar identification card, or *pro hac vice* order. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

The Clerk's office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.